AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
MAY 19 2025
MITCHELL R. ELFERS
CLERK OF COURT

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 25-907MR
a black cellphone (Subject Telephone) )
)
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     District of     New Mexico
*(identify the person or describe the property to be searched and give its location)*:

a black cellphone, more fully described in Attachment A, which is attached incorporated herein.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B, attached and incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before   30 May 2025
                                                         *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐for      days *(not to exceed 30)*.
                                                ☐until, the facts justifying, the later specific date of

                   13:00
Date and time issued:  16 May 2025                    /s/ Damian L. Martinez
                                                            *Judge's signature*

City and state:   Las Cruces, New Mexico              Damian L. Martinez, United States Magistrate Judge
                                                            *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 25-907MR | Date and time warrant executed: 5/19/2025 10:00 AM | Copy of warrant and inventory left with: NM HIDTA Las Cruces |
| Inventory made in the presence of : N/A | | |
| Inventory of the property taken and name of any person(s) seized: Contents of Cellphone through digital extraction  nothing follows | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/19/2025

*Executing officer's signature*

Chafin Cox  Special Agent FBI
*Printed name and title*